29 A.3d 998

ATTORNEY GRIEVANCE COMMISSION, Petitioner

v.

William Rex LENDERMAN, Respondent.

Misc. Docket AG No. 100, Sept. Term, 2011.

Court of Appeals of Maryland.

Oct. 12, 2011.

## ORDER

The parties herein have jointly petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772. Upon review of said Joint Petition and for the reasons set forth therein, it is this 12th day of October, 2011,

ORDERED, that the Respondent, William Rex Lenderman, be, and he is hereby, reprimanded.